MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>CHARLESZETTA BROWN aka CANDICE TAYLOR and CLEXTON WARD,<br>    Defendant. | No. CR-12-267-EMC<br><br>STIPULATION TO CONTINUE |

This matter is set for a hearing on April 20, 2012, at 9:30 am, for identification of counsel. The parties stipulated to continue the hearing until April 23, 2012, at 9:30 am before the Magistrate Judge Laurel Beeler.

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: April 19, 2012

*/s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

*Stipulation to Continue*
*Case No. CR-12-00267-EMC*

| | |
|---|---|
| Dated: <u>April 19, 2012</u> | /s/<br>JOHN PHILIPSBORN<br>Attorney for Defendant |

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 04/20/12

NANDOR J. VADAS
United States Magistrate District Judge