UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0267 CRB (JCS) |
| Plaintiff, | ) | |
| v. | ) | (Proposed) **ORDER TO ALLOW DEFENDANT TO TRAVEL TO MISSISSIPPI** |
| CLEXTON WARD, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant CLEXTON WARD are amended to allow the defendant to travel between Memphis, Tennessee, and Cleveland, Mississippi, from July 6, 2012, and July 9, 2012, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services and inform Pretrial Services upon his return.

**IT IS SO ORDERED**

Date: July 5, 2012.

HON. _____
United States Magistrate Judge

*Judge Maria-Elena James*