MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888
    Fax: (415) 436-7234
    E-Mail: thomas.newman2@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CLEXTON WARD, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-12-267-CRB <br><br> STIPULATION TO CONTINUE SENTENCING |

This matter is scheduled for sentencing on December 5, 2012. The parties stipulate to continue sentencing until January 23, 2012, at 2:00 pm. The parties agree to this continuance in order to permit the defendant additional time to review the pre-sentence investigation report and to prepare for sentencing. In addition, the co-defendant in this case is scheduled to plead guilty on December 19, 2012. The parties request additional time to discuss and consider whether Defendant Clexton Ward's sentencing should be re-scheduled to a time that is contemporaneous with the date set for the co-defendant's sentencing. The basis for the parties' request is that one of the issues that will be raised at sentencing is a comparison between the two defendants'

*Stipulation*
*Case No. CR 12-267-CRB*

conduct as alleged in the Indictment. Consequently, rescheduling sentencing until after both pre-sentence investigation reports have been disclosed may be appropriate in this case.

The assigned U.S.P.O. consents to this request.

DATED: November 26, 2012                    Respectfully submitted,


                                            MELINDA HAAG
                                            United States Attorney


                                                    /s/
                                            THOMAS M. NEWMAN
                                            Assistant United States Attorney
                                            Tax Division


                                                    /s/
                                            JOHN JORDAN
                                            Attorney for defendant
                                            Clexton Ward

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |
| 4 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 6 | UNITED STATES OF AMERICA, | No. CR 12-267-CRB |
| 7 | Plaintiff, | |
| 8 | v. | ORDER |
| 9 | CLEXTON WARD, | |
| 10 | Defendants. | |

Good cause appearing therefor, IT IS ORDERED that this matter be continued until January 23, 2012, at 2:00 p.m. for sentencing.

DATED: November 27, 2012

HON. CHARLES R. BREYER
United States District Judge

*Stipulation*
*Case No. CR 12-267-CRB*     -3-